# UNITED STATES DISTRICT COURT

Eastern **District of** California

Scott Johnson

Plaintiff (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

Starbucks Corporation

**CASE NUMBER:** 2:17-cv-02521-MCE-CKD

Defendant (s),

Notice is hereby given that, subject to approval by the court, Starbucks Corporation substitutes
(Party (s) Name)

Cathy L. Arias , State Bar No. 141989 as counsel of record in place
(Name of New Attorney)

place of Shane Singh .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Burnham Brown
Address: 1901 Harrison Street, 14th Floor, Oakland, CA 94612
Telephone: (510) 444-6800   Facsimile (510) 835-6666
E-Mail (Optional): carias@burnhambrown.com

I consent to the above substitution.

Date: 04/10/2018                          /s/ Tami Hamalian
                                              (Signature of Party (s))

I consent to being substituted.

Date: 04/10/2018                          /s/ Shane Singh
                                              (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 04/10/2018                          /s/ Cathy L. Arias
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: April 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE