UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10.<br><br>    Defendants. | Case No.: 2:17-cv-02521-MCE-CKD<br><br>ORDER |

    Pursuant to the parties' stipulation filed December 11, 2018, it is hereby ordered that the parties can schedule the depositions described therein after the December 1, 2018 discovery cutoff.

    IT IS SO ORDERED.

Dated: December 14, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE