UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No. 2:17-cv-02521-MCE-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **Starbucks Corporation**, a Washington Corporation; and Does 1-10, | |
| Defendants. | |

Plaintiff's Motion to Stay (ECF No. 34) this action is GRANTED. Not later than sixty days following the date this Order is electronically filed, and every sixty days thereafter until the appeals in 3:17-cv-02454-WHA and 8:18-cv-01615-DOC-DFM have been resolved, the parties shall submit a Joint Status Report reporting the status of those appellate cases.

///

///

///

1
ORDER					Case No. 2:17-cv-02521-MCE-CKD

1 | The parties' respective Motions for Summary Judgment (ECF Nos. 36 and 40) are DENIED without prejudice to refiling once the stay is lifted.

IT IS SO ORDERED.

**Dated: June 18, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE